PHILLIP A. TALBERT
Acting United States Attorney
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BERTOLDO, SR.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, WEN L. CHU, M.D., AN INDIVIDUAL; WASA SAMARA, AN INDIVIDUAL; AND DOES 1-20,<br><br>Defendants. | 1:16-cv-00171-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER** |

Pursuant to the agreement of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the First Amended Complaint filed on May 12, 2016, be dismissed in its entirety with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated:  September 9, 2016                                      PHILLIP A. TALBERT
                                                                                     Acting United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: September 9, 2016                CHRISTENSON LAW FIRM, LLP

By: /s/ Vonn R. Christenson
Vonn R. Christenson

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: **September 20, 2016**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

2